```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BRUDERMAN ASSET MANAGEMENT,                                  :
LLC,                                                         :
                                                             :
                                   Plaintiff,                :      20-cv-3164 (VSB)
                                                             :
                -against-                                    :          **ORDER**
                                                             :
REAL TIME CONSULTANTS, INC.,                                 :
                                                             :
                                   Defendant.                :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the August 9, 2021 conference in the above-captioned case, (Doc. 33), it is hereby:

ORDERED that the parties are directed to submit a completed Case Management Plan and Scheduling Order with all proposed dates listed on or before August 13, 2021.

IT IS FURTHER ORDERED that, in the meet-and-confer process, the parties are directed to share with each other any case law and/or relevant authority regarding the enforceability of any limitation of liability clause in the agreement at issue. The parties need not file anything on the docket to this effect at this time.

IT IS FURTHER ORDERED that, to the extent Plaintiff intends to submit a motion for pro hac vice as represented at the August 9, 2021 conference in this case, the attorney in question is permitted to submit under seal a declaration or affidavit in support of his motion. The rest of any such application should be publicly filed on the docket.

IT IS FURTHER ORDERED that the parties are directed to review the transcript from the August 9, 2021 hearing in this case and submit any proposed redactions for my review.

SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge