UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BURDERMAN ASSET MANAGEMENT, LLC,

                               Plaintiff,                        20-CV-03164 (VSB)(SN)

               -against-                                  **ORDER**

REAL TIME CONSULTANTS, INC.,

                               Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Because the documents Defendant filed at ECF Nos. 46 and 47 reveal confidential information that was the subject of ongoing negotiation between the parties at the time of those filings, the Court shall place those documents under seal for the parties' and Court's view only. For the same reason, the Court is placing Exhibit 1 to ECF No. 52 under seal for the parties' and Court's view only. The Court will not, however, modify the docket to address Defendant's filing. In the future, the parties are ordered to negotiate all disputes in good faith before raising issues with the Court.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     April 14, 2022
                 New York, New York