UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BURDERMAN ASSET MANAGEMENT, LLC,

                              Plaintiff,                          20-CV-03164 (VSB)(SN)

                -against-                               **ORDER**

REAL TIME CONSULTANTS, INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the approaching deadline for fact discovery, the parties shall file a joint letter by August 3, 2022, informing the Court of the status of discovery, and whether a settlement conference would be productive.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      July 25, 2022
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/2022