UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                      :
BRUDERMAN ASSET MANAGEMENT, LLC,    :        20cv3164 (DLC)
                                        :           (SN)
                        Plaintiff,    :
          -v-                           :        ORDER
                                        :
REAL TIME CONSULTANTS, INC.,        :
                                        :
                     Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     This case has been reassigned to me for all purposes.  On April 8, 2022, the above captioned case was referred to Magistrate Judge Sarah Netburn for general pretrial purposes and for non-dispositive motions.

     IT IS HEREBY ORDERED that the general pretrial referral is vacated.

Dated:      New York, New York
             August 23, 2022

                                       _____
                                          DENISE COTE
                          United States District Judge