```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BRUDERMAN ASSET MANAGEMENT, LLC,         :     20cv3164(DLC)
                                         :
                    Plaintiff,           :     ORDER
          -v-                            :
                                         :
REAL TIME CONSULTANTS, INC.,             :
                                         :
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 17, 2022, this diversity action was transferred to this Court's docket. In a July 30, 2021 letter, the defendant represents that the amount in controversy requirement for jurisdiction under 28 U.S.C. §1332(a) may not be met in this case due to a limitation of liability provision. Accordingly, it is hereby

ORDERED that defendant shall, by **September 2, 2022**, file on ECF a letter no longer than two pages explaining its position on the enforceability of the limitation of liability provision and its bearing on the amount in controversy requirement in this case. The plaintiff shall file any response by **September 16, 2022**.

SO ORDERED:

Dated:  New York, New York
        August 23, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge