```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BRUDERMAN ASSET MANAGEMENT, LLC,         :    20cv3164(DLC)
                                         :
                    Plaintiff,           :    ORDER
          -v-                            :
                                         :
REAL TIME CONSULTANTS, INC.,             :
                                         :
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2022, a pretrial conference was scheduled in this case for October 29, 2022. It is hereby

ORDERED that the pretrial conference is rescheduled to **September 29, 2022** at 1:30 p.m. The conference shall be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         August 29, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge