```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    20cv3164(DLC)
BRUDERMAN ASSET MANAGEMENT, LLC,      :
                                      :       ORDER
                          Plaintiff,  :
              -v-                     :
                                      :
REAL TIME CONSULTANTS, INC.,          :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    The defendant sent an August 23, 2022 letter by email to Magistrate Judge Sarah Netburn. The plaintiff has responded with an August 31 letter filed on ECF. A conference is scheduled for September 29 at 1:30 p.m. Fact discovery is scheduled to conclude by September 15, but may be extended into the period for expert discovery on consent of counsel. It is hereby

    ORDERED that the defendant shall promptly file its August 23, 2022 letter on ECF.

    IT IS FURTHER ORDERED that should the plaintiff not wish to proceed with the depositions noticed by the defendant on the scheduled dates, it shall provide defense counsel by September 2, 2022 with alternative dates that fall within seven (7) days of the scheduled dates.

IT IS FURTHER ORDERED that the plaintiff shall complete its document production to the defendant by September 6, 2022.

SO ORDERED:

Dated:   New York, New York
         August 31, 2022

```
                              _____
                                      DENISE COTE
                              United States District Judge
```