```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    20cv3164(DLC)
BRUDERMAN ASSET MANAGEMENT, LLC,          :
                                          :         ORDER
                              Plaintiff,  :
                -v-                       :
                                          :
REAL TIME CONSULTANTS, INC.,              :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the plaintiff's letter of September 2, it is hereby

ORDERED that the parties shall meet and confer in advance of the September 29 conference in an effort to eliminate any discovery disputes. Any remaining disputes should be described to the Court by September 27 in letters no longer than two pages. Remaining issues that require the issuance of a protective order will be addressed at the September 29 conference.

IT IS FURTHER ORDERED that the plaintiff may complete its privilege review by September 20, and produce documents subject to that review promptly thereafter.

IT IS FURTHER ORDERED that the parties must confer on or before September 8 to finalize the scheduling of all

depositions, including the depositions of those witnesses that the plaintiff has noticed.

Dated:    New York, New York
          September 2, 2022

                                      _____
                                              DENISE COTE
                                      United States District Judge