

Nathan A. Goldberg, Partner
646.723.1075 direct
ngoldberg@schoeman.com

September 27, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re: Bruderman Asset Management, LLC v. Real Time Consultants, Inc.
          Civil No. 20-CV-03164 (DLC)

Your Honor:

    Our firm, Schoeman Updike Kaufman & Gerber, LLP ("Schoeman Updike"), along with Stephen B. Stern ("Stern"), admitted *pro hac vice*, who is a member of the firm, Kagan Stern Marinello & Beard, LLC, were discharged by plaintiff Bruderman Asset Management, LLC. Accordingly, Schoeman Updike and Stern submitted a motion to withdraw as attorneys of record on September 20, 2022 (Dkt. Nos. 74-77) (the "Motion"). The Motion was granted by Order issued by this Court on September 23 and posted to ECF, yesterday, September 26 (Dkt. No. 79).

    As a result of our discharge by plaintiff, it would be difficult for us to address matters that may arise at the pretrial conference scheduled for Thursday, September 29 at 1:30PM. Accordingly, we respectfully request that the pretrial conference be adjourned until after October 7, the date set by the Court for any new counsel to enter an appearance on behalf of plaintiff.

*The conference is cancelled.*
*[signed] Denise Cote*
*9/27/22*

Respectfully Submitted,

S/Nathan A. Goldberg

Nathan A. Goldberg

cc: All Counsel of Record

NEW YORK ■ 551 Fifth Avenue | New York, NY 10176 | 212.661.5030
NEW JERSEY ■ 155 Willowbrook Blvd, Ste. 300 | Wayne, NJ 07470 | 973.256.9000
www.schoeman.com