```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv3164(DLC)
BRUDERMAN ASSET MANAGEMENT, LLC,         :
                                         :        ORDER
                    Plaintiff,           :
        -v-                              :
                                         :
REAL TIME CONSULTANTS, INC.,             :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A pretrial conference was scheduled in this case for September 29, 2022. On September 23, Stephen B. Stern and Schoeman Updike Kaufman & Gerber LLP ("Schoeman Updike") moved to withdraw as attorneys of record for the plaintiff. The Court granted this motion, effective October 7. Because this motion was granted, the September 29 conference was adjourned.

When the Court granted Stern and Schoeman Updike's motion to withdraw, it also ordered that if incoming counsel for the plaintiff did not file a notice of appearance by October 7, the case would be dismissed based on the rule that limited liability companies may appear in federal court only through a licensed attorney. Incoming counsel for plaintiff filed a notice of appearance on October 7. Accordingly, it is hereby

ORDERED that a pretrial conference shall be held in this case on **October 19 at 3:30 p.m.** Any outstanding discovery

disputes should be described to the Court by October 17 in letters no longer than two pages. Remaining issues that require the issuance of a protective order will be addressed at the October 19 conference.

Dated:   New York, New York
         October 11, 2022

                                  _____
                                       DENISE COTE
                                  United States District Judge