NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris®

FIRM and AFFILIATE OFFICES

MARIO AIETA
DIRECT DIAL: +1 212 404 8755
PERSONAL FAX: +1 212 818 9606
E-MAIL: MAieta@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

October 17, 2022

**VIA ECF**

Honorable Judge Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten note: The October 19 conference is cancelled. /s/ Denise Cote 10/18/22]*

Re:   Bruderman Asset Management, LLC v. Real Time Consultants, Inc.
      1:20-cv-03164-DLC

Dear Judge Cote,

    We represent plaintiff Bruderman Asset Management, LLC, in the above-captioned matter. We write to the Court on behalf of all parties to advise the Court that the parties have reached a settlement in principle. We respectfully request that the Court accept this letter as the parties' joint submission on the status of discovery as requested in the Order of October 11, 2022 (Docket No. 85) and that the Court adjourn the pretrial conference now scheduled for October 19, 2022. Counsel for the parties anticipate that the settlement documentation will be completed and a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) will be filed within the next 30 days.

Respectfully submitted,

Mario Aieta

cc:   Joseph Paul Goldberg, Esq.
      Carmine Castellano, Esq.
      (via email)

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079          PHONE: +1 212 818 9200   FAX: +1 212 818 9606