

Writer's Direct Dial: 646 218 7571
E-Mail: ccastell@hodgsonruss.com

November 16, 2022

VIA ECF

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

           Re:    *Bruderman Asset Mgmt., LLC v. Real Time Consultants, Inc.*,
                    1:20-cv-3164-DLC

Dear Judge Cote:

      The parties jointly write to respectfully request an extension, through and including December 2, 2022, in which to file an application to restore this action to the Court's calendar. The original due date is November 18, 2022. There have been no previous requests for an extension of time.

Granted.
/s/ Denise Cote
11/16/22

Respectfully submitted,

/s/ *Carmine J. Castellano*

Carmine J. Castellano

cc:    All Counsel of Record (via ECF)

605 Third Ave., Suite 2300, New York, New York 10158  |  212.751.4300  |  HodgsonRuss.com

Albany ◼ Buffalo ◼ New York ◼ Palm Beach ◼ Saratoga Springs ◼ Toronto